# MINUTE ORDER

CASE NUMBER:     CV NO. 15-00492ACK-KSC

CASE NAME:     Bryce MacNaughton Vs. E Noa Corporation, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Kevin S. C. Chang     REPORTER:

DATE:     04/11/2016     TIME:

COURT ACTION:

EO: Per Plaintiff's Counsel Lundsford Phillips the case has Settled. The Following listed Dates are hereby Vacated-Settlement Conference-November 3, 2016, Final PreTrial Conference-January 17, 2017, Non Jury Trial-February 28, 2017 and all other Scheduling Deadlines as stated in the Rule 16 scheduling Order. Dismissal Documents are due by May 16, 2016.

Submitted by Leslie L. Sai, Courtroom Manager