IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRYCE MacNAUGHTON, | ) | CIVIL NO. 15-00492 ACK-KSC |
| Plaintiff, | ) | ORDER OF RECUSAL |
| vs. | ) | |
| E NOA CORPORATION; JCB INTERNATIONAL CREDIT CARD CO., LTD., | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case, subject to remittal.  This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 20, 2016.



_____
Kevin S.C. Chang
United States Magistrate Judge