**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU        4958-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ltoyofuku@marrjones.com

Attorneys for Defendants
E NOA CORPORATION AND
JCB INTERNATIONAL CREDIT
CARD CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRYCE MACNAUGHTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>E NOA CORPORATION and JCB INTERNATIONAL CREDIT CARD CO., LTD.,<br><br>          Defendants. | CIVIL NO. 15-00492 ACK-RLP<br><br>ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES<br><br><br>Trial Date:  February 28, 2017 |

770786/1873.001

## ORDER AND STIPULATION FOR DISMISSAL WITH <u>PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES</u>

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice. There are no remaining parties and/or issues.

This Stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Trial in this case was previously set for February 28, 2017. Each party agrees to bear his/its own attorneys' fees and costs.

DATED:   Honolulu, Hawaii, April 30, 2016.


  */s/ Lynne T. T. Toyofuku*
LYNNE T. T. TOYOFUKU

Attorney for Defendants
E NOA CORPORATION AND
JCB INTERNATIONAL CREDIT
CARD CO., LTD.


  */s/ Lunsford Dole Phillips*
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff
BRYCE MACNAUGHTON

APPROVED AND SO ORDERED:
Dated:  Honolulu, Hawaii, May 10, 2016



_____
Alan C. Kay
Sr. United States District Judge

_____

*Bryce MacNaughton vs. E Noa Corporation, et al.*, Civil No. 15-00492 ACK-RLP;
ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO
ALL CLAIMS AND ALL PARTIES